**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

Kenneth Sumrall, et al.

    v.                                    Civil No. 11-cv-403-LM

Breanna Smith, et al.

**<u>NOTICE OF RULING</u>**

    Re:  Document No. 11, Motion to Compel

    Ruling: Granted in part; denied in part.  A telephone
conference with counsel occurred on today's date.  Plaintiffs
seek an authorization from Breanna Smith so plaintiffs may
obtain Breanna's cell-phone records to determine whether she was
texting or telephoning at the time of the accident in question.
I grant the motion to the extent that it requests the cell-phone
records for the limited time frame surrounding the time of the
accident.  Defendants' counsel is in the process of securing the
records and will provide them, after redacting the portion of
the records outside the time frame surrounding the accident.
Defendants shall provide the records to plaintiffs within twenty
(20) days from the date of this order.  I deny the motion to the
extent it seeks an authorization from Breanna and/or Denise
Smith, as defendants' counsel is currently securing the records,
and he is entitled to review them and redact irrelevant portions
before providing them to plaintiffs.  I further deny the motion
to the extent it seeks information about all of Breanna's cell
phone activity on October 9, 2009, the date of the accident.

_____
Landya McCafferty
United States Magistrate Judge

Date: February 15, 2012

cc: Dennis T. Cucharme, Esq.
    Thomas J. Fay, Esq.
    Elsabeth D. Foster, Esq.
    Adam R. Mordecai, Esq.